**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALFRED GROSS, ADMINISTRATOR OF THE SUCCESSION OF MARTHA FRANKLIN TOMBAR GROSS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-753** |
| **THE LOUISIANA OFFICE OF COMMUNITY DEVELOPMENT; ST. CHARLES PARISH; MARTHA JEAN GORDON AND STAR RECOVERY SERVICES, LLC** | **SECTION "B" (1)** |

### ORDER & REASONS

Considering defendant St. Charles Parish's Unopposed Motion for Leave to File Joint Report Under Seal (Rec. Doc. 30),

**IT IS HEREBY ORDERED** that the motion (Rec. Doc. 30) is **GRANTED** and that the Joint Status Report shall be filed into the record of the above-captioned matter **UNDER SEAL**, **subject to** any applicable state laws relative to public request and/or disclosure of the expenditure of public funds, if any.  Moreover, the underlying joint report does not reveal on its face good cause for the reopening of this matter.  For example, the instant matter does not appear to be about a financial issue but more about the non-financial conditions of settlement, e.g. indemnification, which are standard terms in most settlement agreements.  We remind parties, represented and unrepresented ones, that the court reserves the right to consider sanctions for bad faith or unreasonable refusal to comply with court-reported settlements, including imposition of financial sanctions for such conduct.  Accordingly,

**IT IS FURTHER ORDERED that no later than April 20, 2026 parties** shall show good cause why the motion to reopen (Rec. Doc. 28) should not be denied for reasons noted above **and for waiting six (6) months to file that motion** in view of the dismissal order's time limit for filing

1

same.   ("The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties for a reasonable period of time. Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 US 375, 381-82 (1994); *Hospitality House, Inc. vs. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002)."  Quote from Rec. Doc. 27; Emphasis added).

New Orleans, Louisiana, this 2nd day of April 2026

_____
Senior United States District Judge